IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 15 PM 12: 21

ROBERT R. D. TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

PHILLIP R. WALLS,

    Plaintiff,

VS.                    NO. 05-2226-MaP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

## ORDER GRANTING MOTION FOR REMAND

Before the court is defendant's June 10, 2005, unopposed motion for remand of this case to the Commissioner pursuant to sentence six of 42 U.S.C. §405(g) of the Social Security Act, because additional evidence was submitted to the Hearing Office but was not included in the record or identified on the List of Exhibits.

For good cause shown, the motion is granted and the case is remanded to the Commissioner. Upon receipt of the court's order, the Appeals Council will remand the case to an administrative law judge to include the additional evidence in the record, to re-evaluate the case in light of the additional evidence in the record, and to issue a new decision. Upon completion of the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-15-05



additional administrative proceedings, this case will be returned to this court for judicial review.

It is so ORDERED this 14th day of June, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02226 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT